UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| FILED |
| --- |
| May 28, 2020 |
| CLERK, US DSITRICT COURT EASTERN DISTRICT OF CALIFORNIA |

UNITED STATES OF AMERICA,

           Plaintiff,

    v.

  BRUCE BASHARAT SAIYAD,

          Defendant.

Case No.  2:20-mj-00081-DB

**ORDER FOR RELEASE OF
PERSON IN CUSTODY**

TO:    UNITED STATES MARSHAL:

    This is to authorize and direct you to release  BRUCE BASHARAT SAIYAD ,

Case No.  2:20-mj-00081-DB  Charge Supervised Release Violation, from custody

for the following reasons: for the following reasons:

      _____  Release on Personal Recognizance

      _____  Bail Posted in the Sum of $ _____

      _____  Unsecured Appearance Bond $ _____

      _____  Appearance Bond with 10% Deposit

      _____  Appearance Bond with Surety

      _____  Corporate Surety Bail Bond

        X   (Other): All other previously imposed conditions of
      _____  supervised release remain in full force and effect.

    Issued at Sacramento, California on May 28, 2020 at 2:30 p.m.

Dated:  May 28, 2020

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE